65463. PORTER v. CALHOUN COUNTY BOARD OF COMMISSIONERS.

CARLEY, Judge.

Appellant Porter appeals the denial of a motion to recuse a superior court judge. "No certificate of immediate review was obtained, and this court did not grant permission to appeal, all as required by [OCGA § 5-6-34 (Code Ann. § 6-701)]. [Cits.] Compare

*State v. Fleming,* 245 Ga. 700 (267 SE2d 207) (1980). Consequently, the appeal is premature and must be dismissed." *Calloway v. Calloway,* 161 Ga. App. 752, 753 (289 SE2d 559) (1982).
*Appeal dismissed. Deen, P. J., and Banke, J., concur.*

DECIDED JUNE 21, 1983.

Charles B. Porter, *pro se.*
*Willis A. Duvall,* for appellee.